# UNITED STATES BANKRUPTCY COURT
### Northern District of Indiana
### South Bend Division

In Re:  Mark Wayne Schlemmer  )
Debtor  )
)Case No.: 17−31318−hcd
)Chapter 7

Jacqueline Homann  )
Plaintiff(s)  )
)
v.  )
)
Advanced Equity, Inc.  )
Defendant(s)  )
)
)
) Adv. Proc. No. 17−03034−hcd

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk:

Clerk, U.S. Bankruptcy Court
401 South Michigan Street
South Bend, Indiana 46601

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:

Jacqueline Sells Homann
600 KeyBank Building
202 South Michigan St.
POB 4577
South Bend, IN 46634

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date of issuance:
October 3, 2017 .

/s/ Christopher M. DeToro
_____
Clerk, United States Bankruptcy Court

Document No. 4

## CERTIFICATE OF SERVICE

I, Jacqueline Sells Homann, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made October 4, 2017 by:

__X__ Mail Service: Regular, first class United States mail, postage fully prepaid, addressed to:

Advanced Equity
1306 W. Bristol St.
Elkhart, IN 46514

_____ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

_____ Residence Service: By leaving the process with the following adult at:

_____ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

_____ Certified Mail Service of an Insured Depository Institution: By sending the process by certified mail address to the following officer of the defendant at:

_____ Publication: The defendant was served as follows:

_____ State Law: The defendant was served pursuant to the laws of the State of _____, as follows:

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: October 4, 2017

/s/ Jacqueline Sells Homann
Jacqueline Sells Homann
Jones Obenchain, LLP
600 KeyBank Building
202 S. Michigan Street
Post Office Box 4577
South Bend, Indiana  46634-4577
Telephone:  (574) 233-1194
Facsimile:   (574) 233-8957
Email:  jshtrustee@jonesobenchain.com